UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 06-57-P-H** |
| | ) | |
| **ERICA GUESS,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER TO SHOW CAUSE

On January 16, 2008, the court appointed counsel and entered a scheduling order to determine whether this defendant could benefit from the retroactive cocaine base (crack) Guideline that is scheduled to go into effect on March 3, 2008. The court has recently been informed, however, that the defendant has been released from prison and has entered upon her term of supervised release. The retroactivity amendment provides: "In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served." Guideline § 1B1.10(b)(2)(C). Therefore, counsel shall **SHOW CAUSE** by February 15, 2008, why the appointment of counsel and the scheduling order should not be vacated.

**SO ORDERED.**

**DATED THIS 5TH DAY OF FEBRUARY, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**